# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| BRUCE JONATHAN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, MUTUAL OF OMAHA INVESTOR SERVICES, INC., UNITED OF OMAHA LIFE INSURANCE COMPANY, and UNITED WORLD LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil No. 4:17-cv-00443-JAJ-CFB<br><br>MOTION TO DISMISS |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendants, Mutual of Omaha Insurance Company, Mutual of Omaha Investor Services, Inc., United of Omaha Life Insurance Company, and United World Life Insurance Company (collectively referred to herein as "Mutual of Omaha" or "Defendants"), by its attorneys, Wilson Elser Moskowitz Edelman & Dicker, LLP and Scheldrup Blades Schrock Smith, P.C., move this Court to dismiss Plaintiff's First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1).

Pursuant to Local Rule 7(d), a brief in support of this motion is appended hereto.

Respectfully submitted,

By: */s/ Courtney Litchfield*
One of the Attorneys for Defendants

2513584v.1

Kathleen McDonough
Courtney Litchfield
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL  60603-5001
Telephone:  (312) 704-0550
Facsimile:  (312) 704-1522
kathleen.mcdonough@wilsonelser.com
courtney.litchfield@wilsonelser.com

Sasha L. Monthei
SCHELDRUP BLADES SCHROCK SMITH, P.C.
118 Third Avenue SE, Suite 200
Cedar Rapids, IA  52401
Telephone:  (319) 286-1743
Facsimile:  (319) 286-1748
smonthei@scheldruplaw.com