UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

**BRUCE JONATHAN SMITH,** *individually and on behalf of all others similarly situated*,

    **Plaintiff,**

v.

**MUTUAL OF OMAHA INSURANCE COMPANY, MUTUAL OF OMAHA INVESTOR SERVICES, INC., UNITED OF OMAHA LIFE INSURANCE COMPANY, and UNITED WORLD LIFE INSURANCE COMPANY,**

    **Defendants.**

CASE NO. 4:17-cv-00443-JAJ-CFB

JURY TRIAL DEMANDED

## PROPOSED AGENDA

Pursuant to the Court's directive (ECF 118), Plaintiff Bruce Jonathan Smith, individually and on behalf of all others similarly situated individuals and by Counsel, and Defendants Mutual of Omaha Insurance Company; Mutual of Omaha Investor Services, Inc.; United of Omaha Life Insurance Company; and United World Life Insurance Company, also by Counsel, submit this Proposed Agenda for the November 26, 2019 Status Conference.

Respectfully, the Parties request that the Court delay the Status Conference until the Court has ruled on Defendants' Motion for Leave to Amend to File a Third-Party Complaint (ECF 119). As the Court's October 4, 2019 Order noted, a decision on that Motion (which is now ripe) would likely require adjustment of the pretrial schedule. (ECF 118) Separately, Plaintiff served his discovery requests as ordered on October 18, 2019, and Defendants responded on November 18, 2019 and November 20, 2019. The Parties have scheduled a meet and confer related to those discovery responses for Monday, November 25, 2019. A status conference which occurs after the Court has ruled on Defendants' Motion and the Parties have had an opportunity to meet and confer

may be more fruitful.

DATED: November 22, 2019.

                                                                  Respectfully submitted,

BRUCE SMITH, *individually and on behalf of and all others similarly situated*

       /s/ *Jeffrey M. Lipman*
Jeffrey M. Lipman
**LIPMAN LAW FIRM PC**
1454 30th St., Suite 205
West Des Moines, IA 50266-1312
(515) 276-3411
Fax: 515 276 3736
Email: lipmanlawfirm@aol.com

Leonard A. Bennett (*pro hac vice*)
Elizabeth W. Hanes (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: elizabeth@clalegal.com

***ATTORNEYS FOR PLAINTIFF***

        /s/ Kathleen McDonough

Kathleen McDonough
Karen N. Arenas
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL  60603-5001
Telephone:  (312) 704-0550
Facsimile:  (312) 704-1522
kathleen.mcdonough@wilsonelser.com
Karen.arenas@wilsonelser.com

2 of 2 – PROPOSED AGENDA

Sasha L. Monthei
Skylar J. Limkemann
SCHELDRUP BLADES SCHROCK SMITH, P.C.

118 Third Avenue SE, Suite 200
Cedar Rapids, IA  52401
Telephone:  (319) 286-1743
Facsimile:  (319) 286-1748
smonthei@scheldruplaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of November, 2019, I caused the foregoing document to be filed using the Clerk of Court's CM/ECF system, which then sent a notice of electronic filing to all Counsel of Record.

          /s/ *Jeffrey M. Lipman*
Jeffrey M. Lipman
**LIPMAN LAW FIRM PC**
1454 30th St., Suite 205
West Des Moines, IA 50266-1312
515 276 3411
Fax: 515 276 3736
Email: lipmanlawfirm@aol.com