UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

**BRUCE JONATHAN SMITH,** *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.                    CASE NO. 4:17-cv-00443-JAJ-CFB

**MUTUAL OF OMAHA INSURANCE COMPANY, MUTUAL OF OMAHA INVESTOR SERVICES, INC., UNITED OF OMAHA LIFE INSURANCE COMPANY, and UNITED WORLD LIFE INSURANCE COMPANY,**

    Defendants.

## NOTICE OF SETTLEMENT

**COMES NOW the Plaintiff, Bruce Jonathan Smith,** by and through his undersigned attorney, Jeffrey M. Lipman, and hereby gives Notice of Settlement and states:

1. That the parties have reached an agreement to settle all pending matters in this action.
2. Plaintiff's summary judgment response is due January 15, 2021.
3. Parties will need 30 days to prepare settlement documents and have them executed and file a Dismissal with Prejudice.

WHEREFORE, the Plaintiff gives Notice of Settlement and requests the Court to hold this matter in abeyance for 30 days while the parties execute the necessary releases and file a dismissal with the Court.

Respectfully submitted,

BRUCE SMITH, *individually and on behalf of and all others similarly situated*

    /s/ *Jeffrey M. Lipman*
Jeffrey M. Lipman
**LIPMAN LAW FIRM PC**
1454 30th St., Suite 205
West Des Moines, IA 50266-1312
515 276 3411
Fax: 515 276 3736
Email: Jeff@lipmanlawfirm.com

Leonard A. Bennett (*pro hac vice*)
Elizabeth W. Hanes (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
email: lenbennett@clalegal.com
      elizabeth@clalegal.com
      craig@clalegal.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2021, I caused the foregoing document to be filed using the Clerk of Court's CM/ECF system, which then sent a notice of electronic filing to all Counsel of Record.

    /s/ *Jeffrey M. Lipman*
Jeffrey M. Lipman
**LIPMAN LAW FIRM PC**
1454 30th St., Suite 205
West Des Moines, IA 50266-1312
515 276 3411
Fax: 515 276 3736
Email: Jeff@Lipmanlawfirm.com